ATTORNEY GENERAL-OFFICE COPY

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG, State Bar No. 238532
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5553
 Fax:  (415) 703-5843
 Email:  Chris.Young@doj.ca.gov

Attorneys for Defendant Brown

ORIGINAL FILED
FEB 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD LEMAS,<br><br>Plaintiff,<br><br>v.<br><br>JILL BROWN; DOE CORRECTION OFFICERS,<br><br>Defendants. | C 07-0958 SI<br><br>(Marin Superior Court, Case No. CV061983)<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF: PLEASE TAKE NOTICE THAT Defendant Brown (Defendant) removes to this Court the state-court action described below.

1. On May 9, 2006, a civil action was commenced in the Superior Court of the State of California, County of Marin, entitled *Ronald Lemas v. State of California, et al.*, Case No. CV 061983. Plaintiff dismissed all named Defendants on August 15, 2006, and thereafter amended the Compliant naming Defendant Brown. In the Second Amended Complaint, Plaintiff alleges that while at San Quentin State Prison Defendant violated Plaintiff's Fourth, Fifth, Eighth and Fourteenth Amendment rights under the United States Constitution by exhibiting deliberate

1. indifference to Plaintiff's safety and by denying Plaintiff "good time" credits resulting in an extension of his confinement at San Quentin. Plaintiff was granted leave to file the Second Amended Complaint on December 27, 2006.

2. Defendant Brown was served with a copy of the original Summons and Complaint, and a copy of the Second Amended Complaint by mail on January 26, 2007.

3. This action is a civil action within the jurisdiction of this Court under 28 U.S.C. § 1331. The suit may be removed to this Court under 28 U.S.C. § 1441(b) because it alleges violations of the Eighth and Fourteenth Amendments to the U.S. Constitution.

4. All served Defendants remove this action.

5. Pursuant to 28 U.S.C. §§ 1446(a) and 1447(b), attached is the state-court file in this case as served on Defendant:

    a. Exhibit A: Summons, filed May 9, 2006.

    b. Exhibit B: Complaint, filed May 9, 2006.

    c. Exhibit C: Notice of Case Management Conference (Civil), State Court ADR documents, and State Court Case Management Documents (blank).

    d. Exhibit D: Second Amended Complaint, filed January 9, 2007.

Dated: February 15, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

*/s/ Christopher M. Young*

CHRISTOPHER M. YOUNG
Deputy Attorney General
Attorneys for Defendant Brown

Def.'s Not. of Removal of Action Under 28 U.S.C. § 1441(b) (Federal Question)     *Lemas v. Brown, et al.*
Marin Sup. Ct. Case No. CV061983

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RONALD LEMAS v. STATE OF CALIFORNIA, et al.**

No.:
    [Marin County Superior Court No. **CV061983**]

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 15, 2007**, I served the attached

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
### (FEDERAL QUESTION)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Gerald Singleton, Esq.**
**Singleton & Associates**
**1950 Fifth Avenue, Suite 200**
**San Diego, CA 92101**
Attorney for Ronald Lemas

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 15, 2007**, at San Francisco, California.

| L. Santos | ⟨signature⟩ |
|---|---|
| Declarant | Signature |

20077108.wpd