IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEMAS,

        Plaintiff,

  v.

JILL BROWN,

        Defendant.
                                    /

No. C 07-00958 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 10, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2007.

DESIGNATION OF EXPERTS: 12/3/07; REBUTTAL: 12/14/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 25, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by February 1, 2008;

    Opp. Due February 15, 2008; Reply Due February 22, 2008;

    and set for hearing no later than March 7, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 15, 2008 at 3:30 PM.

JURY TRIAL DATE: April 28, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be six days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff is to serve additional defendants no later than September 7, 2007. Plaintiff will serve interrogatories the week of May 28, 2007. Defense counsel will attempt to identify Doe defendants by June 8, 2007. This case shall be referred to a magistrate-judge for settlement conference. The conference shall occur in November 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/30/07

                                              SUSAN ILLSTON
                                              United States District Judge

United States District Court
For the Northern District of California