1  TERRY SINGLETON, State Bar No. 58316
   GERALD SINGLETON, State Bar No. 208783
2  SINGLETON & ASSOCIATES
   1950 Fifth Avenue, Suite 200
3  San Diego, California 92101
   (619) 239-3225
4  (619) 702-5592 (fax)
   geraldsingleton73@yahoo.com
5
   Attorneys for Plaintiff Ronald Lemas
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DAVID S. CHANEY
   Chief Assistant Attorney General
9  FRANCES T. GRUNDER
   Senior Assistant Attorney General
10 MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
11 CHRISTOPHER M. YOUNG, State Bar No. 238532
   Deputy Attorney General
12  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
13  Telephone:  (415) 703-5553
   Fax:  (415) 703-5843
14  Email:  Chris.Young@doj.ca.gov

15 Attorneys for Defendant Jill Brown

16

17                  **IN THE UNITED STATES DISTRICT COURT**

18              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19 RONALD LEMAS, ) | Case No.   C 07-00958 SI |
| 20     Plaintiff, ) | **STIPULATION TO CONTINUE THE DATE** |
| ) | **FOR THE HEARING ON DEFENDANT'S** |
| 21             vs. ) | **MOTION TO DISMISS THE COMPLAINT** |
| ) | |
| 22 JILL BROWN and DOES 1 through ) | Date:     August 3, 2007 |
| 100, inclusive, ) | Time:     9:00 a.m. |
| 23 ) | Judge:    Hon. Susan Illston |
|     Defendants. ) | Dept:     19 |
| 24 ) | |

25      The parties, by and through their respective attorneys of record,

26 hereby file the following stipulation agreeing to continue the date of

27 the hearing on Defendant Brown's motion to dismiss the complaint from

28
STIPULATION TO CONTINUE THE DATE
FOR THE HEARING ON DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT                    1                      C 07-00958 SI

1 │ August 3, 2007, to August 17, 2007, at 9:00 a.m.  The parties further

2 │ stipulate and agree that Plaintiff's Opposition to Defendant's motion

3 │ shall be filed and served no later than July 27, 2007.

4 │      The reasons for this stipulation are that Plaintiff's counsel has

5 │ a scheduling conflict and is unable to appear in Court on August 3,

6 │ 2007, and August 17, 2007, was the first date upon which this Court was

7 │ available to hear the motion.

8 │                                   Respectfully submitted,

9 │

10 │ Dated:  May 22, 2007        By:   Gerald Singleton /s/
   │                                   **GERALD SINGLETON, ESQ.**
11 │                                   Singleton & Associates
   │                                   Attorneys for Plaintiff RONALD LEMAS
12 │

13 │ Dated:  May 22, 2007        By:   Christopher Young /s/
   │                                   **CHRISTOPHER YOUNG, ESQ.**
14 │                                   Office of the Attorney General
   │                                   of the State of California
15 │                                   Attorneys for Defendant JILL BROWN

16 │

17 │

18 │

19 │        IT IS SO ORDERED

20 │

21 │

22 │        Judge Susan Illston

23 │

24 │

25 │

26 │

27 │

28 │
   │ STIPULATION TO CONTINUE THE DATE
   │ FOR THE HEARING ON DEFENDANT'S
   │ MOTION TO DISMISS THE COMPLAINT            2              C 07-00958 SI