```
 1  TERRY SINGLETON, State Bar No. 58316
    GERALD SINGLETON, State Bar No. 208783
 2  SINGLETON & ASSOCIATES
    1950 Fifth Avenue, Suite 200
 3  San Diego, California 92101
    Telephone:    (619) 239-3225
 4  Facsimile:    (619) 702-5592 (fax)
    Email:        terry@terrysingleton.com
 5                geraldsingleton73@yahoo.com

 6  Attorneys for Plaintiff Ronald Lemas

 7  EDMUND G. BROWN JR.
    Attorney General of the State of California
 8  DAVID S. CHANEY
    Chief Assistant Attorney General
 9  FRANCES T. GRUNDER
    Senior Assistant Attorney General
10  MICHAEL W. JORGENSON
    Supervising Deputy Attorney General
11  CHRISTOPHER M. YOUNG, State Bar No. 238532
    Deputy Attorney General
12   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
13  Telephone:  (415) 703-5553
    Fax:  (415) 703-5843
14  Email: Chris.Young@doj.ca.gov

15  Attorneys for Defendant Jill Brown
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS,               )<br>                             )<br>    Plaintiff,              )<br>                             )<br>        vs.                  )<br>                             )<br>JILL BROWN and DOES 1 through )<br>100, inclusive,              )<br>                             )<br>    Defendants.              )<br>_____) | Case No.   C 07-00958 SI<br><br>**STIPULATION TO CONTINUE THE DATE FOR THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   September 28, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Susan Illston<br>Dept:   19 |

    The parties, by and through their respective attorneys of record, hereby file the following stipulation agreeing to continue the date of the hearing on Defendant Brown's Motion for Summary Judgment from September 28, 2007, to November 2, 2007, at 9:00 a.m. the case management conference is continued to 11/2/07 at 2:30 p.m.

STIPULATION TO CONTINUE THE DATE
FOR THE HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT                      1                    C 07-00958 SI

```
 1      The reasons for this stipulation are set forth in the attached
 2  Declaration of Plaintiff's Counsel, Gerald Singleton.
 3                                  Respectfully submitted,
 4
 5  Dated:  August 24, 2007    By:   Gerald Singleton /s/
                                     GERALD SINGLETON, ESQ.
 6                                   Singleton & Associates
                                     Attorneys for Plaintiff Ronald Lemas
 7
 8  Dated:  August 24, 2007    By:   Christopher Young /s/
                                     CHRISTOPHER YOUNG, ESQ.
 9                                   Office of the Attorney General
                                     of the State of California
10                                   Attorneys for Defendant Jill Brown
```

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION TO CONTINUE THE DATE
FOR THE HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT           2                        C 07-00958 SI