IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS, | No. C 07-00958 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| JILL BROWN, et al., | |
| Defendants. / | |

Defendant Jill Brown moves this Court to issue a protective order to stay all discovery, including the deposition of Brown, until after the Court rules on defendant's motion for summary judgment based on qualified immunity. Plaintiff has stated that at this point in the litigation he seeks only limited discovery of the identities of the Doe defendant guards who were present at the time of the incident. Because the identities of the Doe defendants are relevant to plaintiff's case irrespective of the Court's ruling on Brown's qualified immunity, the Court DENIES defendant's motion for a protective order. Plaintiff may continue to seek discovery regarding the identities of the Doe defendants, and may depose Brown prior to the Court's summary judgment ruling for this limited purpose.

**IT IS SO ORDERED.**

Dated: October 3, 2007

SUSAN ILLSTON
United States District Judge