

**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5553
Facsimile: (415) 703-5843
E-Mail: Chris.Young@doj.ca.gov

November 16, 2007

The Honorable Susan Illston
United States District Court, Northern District
United States Courthouse
P. O. Box 36060
San Francisco, CA 94102

RE: *Lemas v. Brown, et al.*
U.S. District Court, Northern District of California, Case No. C 07-00958 SI

Dear Judge Illston:

This letter brief addresses the deposition of Plaintiff Lemas in this matter. Discovery cut-off in this case is November 30. Defendant Brown requests that this Court, under Rule 29 of the Federal Rules of Civil Procedure and Local Rule 26-2, allow Plaintiff's deposition to occur after the discovery cut-off date. Alternatively, Defendant requests that this Court order Plaintiff to appear for his noticed deposition on November 28.

Defendant, under Local Rule 30-1, attempted to consult with Plaintiff's counsel on November 7 to schedule Plaintiff's deposition. Defendant proposed conducting Plaintiff's deposition during the week of November 26, with the exception of Monday, November 26, as Plaintiff has noticed five depositions to occur on that date. Plaintiff did not respond to Defendant's proposal. Defendant then served a Notice of Deposition on November 9, setting the date of the deposition for November 28.

I then conferred with both of Plaintiff's attorneys, who state they are not available on any date before discovery cut-off. Mr. Singleton and Mr. Rosenfeld indicated that Mr. Rosenfeld would defend Plaintiff's deposition. Mr. Rosenfeld has indicated that he is available December 17. I am willing to accommodate Mr. Rosenfeld's schedule. However, since the proposed date of December 17 falls after the discovery cut-off date, Defendant requests that this Court formally approve this request to conduct Plaintiff's deposition after discovery cut-off. Defendant does not intend to depose any other person in this matter.

If the Court does not approve this request to depose Plaintiff after the discovery cut-off date, Defendant requests that the Court order Plaintiff to appear for his deposition on the noticed date, November 28. On November 6, Plaintiff's counsel Gerald Singleton indicated he wished to

The Honorable Susan Illston
November 16, 2007
Page 2

re-depose Defendant Brown after the issuance of a decision on her motion for summary judgment and motion to dismiss (Court Docket No. 34). Mr. Singleton suggested he was available any time during the week of November 26. Based on that knowledge, I suggested Plaintiff's deposition be scheduled for a day during that week. After not receiving a response, I set the deposition for November 28, assuming that Mr. Singleton's schedule could still accommodate a deposition during the week of November 26. While Plaintiff has sought ten depositions in this case, including scheduling nine depositions during the month of November, Defendant only seeks to depose Plaintiff. Further, Plaintiff's attorneys have not provided specific reasons for their inability to schedule Plaintiff's deposition during the discovery period. Therefore, Defendant has shown good cause why Plaintiff can be ordered to appear for his deposition on November 28.

Sincerely,

CHRISTOPHER M. YOUNG
Deputy Attorney General

For    EDMUND G. BROWN JR.
       Attorney General

The deposition shall proceed on 12/17/07.



IT IS SO ORDERED
Judge Susan Illston