IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS, | No. C 07-00958 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| v. | |
| JILL BROWN, et al., | |
| Defendants. | |

On January 29, 2008, defendant Jill Brown filed a request for leave to file a motion for reconsideration of the Court's September 4, 2007 Order, as it relates to the denial of plaintiff's "good time" credits. In that order, the Court denied defendant's motion to dismiss for failure to exhaust administrative remedies, finding that defendant had failed to present any affirmative evidence demonstrating that the administrative review process in place could have provided plaintiff any relief. Defendant now argues that she should be granted leave to file a motion for reconsideration because defendant learned, during discovery but after the Court's September 4, 2007 Order, that plaintiff had in fact filed an administrative grievance relating to his "good time" credit claim but failed to follow through on that grievance by appealing the "Second Level" appeal decision to the "Director's Level of Review." In light of this new evidence that plaintiff knew of but did not pursue his administrative remedies, the Court finds it appropriate for the parties to brief the question whether "the appeals process could have, or did, yield any relief under circumstances similar to those here." *Brown v. Valoff*, 422 F.3d 926, 939 (9th Cir. 2004). In so doing, the parties shall focus exclusively on plaintiff's claim for a denial of his "good time" credits.

**CONCLUSION**

Defendant's motion for leave to file a motion for reconsideration is GRANTED [Docket No. 52]. Defendant's motion for reconsideration will be due 20 days from the date of this order.

**IT IS SO ORDERED.**

Dated: March 3, 2008

SUSAN ILLSTON
United States District Judge