IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEMAS,

    Plaintiff,

v.

JILL BROWN, et al.,

    Defendants.

No. C 07-00958 SI

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SETTING A CASE MANAGEMENT CONFERENCE**

Defendant's second motion for summary judgment is scheduled for hearing on March 7, 2008. The Court DENIES the motion as premature because it was filed before the Court issued its February 11, 2008 Order, which addressed some of the issues raised in the motion and which extended discovery by an additional 45 days [Docket No. 55]. This denial is without prejudice to defendant filing another motion for summary judgment at a future date.

In addition, the Court finds that a status conference is necessary in order to set a new date for trial and to set dates for pre-trial motions. A further case management conference shall be held on Friday, March 7, 2008, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: March 5, 2008

SUSAN ILLSTON
United States District Judge