IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEMAS,

        Plaintiff,

v.

JILL BROWN,

        Defendant.

No. C 07-00958 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 28, 2008.

DESIGNATION OF EXPERTS: 4/25/08; REBUTTAL: 5/9/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 15, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by July 11, 2008;

   Opp. Due July 25, 2008; Reply Due August 1, 2008;

   and set for hearing no later than August 15, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 12, 2008 at 3:30 PM.

JURY TRIAL DATE: November 24, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be six days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall contact Magistrate-Judge Brazil's office and arrange for a follow-up settlement conference. The settlement conference shall occur in April 2008 and if Judge Brazil is unable to accommodate this schedule, this case shall be referred to another magistrate who can.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                                        *Susan Illston*
                                                                        SUSAN ILLSTON
                                                                       United States District Judge