1 | GERALD SINGLETON, State Bar No. 208783
Singleton & Associates
2 | BEN ROSENFELD, State Bar No. 58316
Law Office Of Dennis Cunningham
3 |   1950 Fifth Avenue, Suite 200
  San Diego, California 92101
4 |   Telephone: (619) 239-2196
  Fax: (619) 702-5592
5 |   geraldsingleton73@yahoo.com
6 |
7 | Attorneys for Plaintiff
8 | EDMUND G. BROWN JR.
Attorney General of the State of California
9 | DAVID S. CHANEY
Chief Assistant Attorney General
10 | FRANCES T. GRUNDER
Senior Assistant Attorney General
11 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General
12 | CHRISTOPHER M. YOUNG, State Bar No. 238532
13 |   Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
14 |   San Francisco, CA 94102-7004
  Telephone: (415) 703-5553
15 |   Fax: (415) 703-5843
16 |   Email: Chris.Young@doj.ca.gov
17 | Attorneys for Defendant Brown and Payton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**(HONORABLE SUSAN ILLSTON)**

| RONALD LEMAS, | Case No. C-07-958-SI (WDB) |
|---|---|
|          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |
|   v. | |
| JILL BROWN, MAXENE PAYTON, and DOES 2 through 100, inclusive | |
|          Defendants. | |

1

1    By Order dated 3/11/08 (Doc. #65), the Court directed the parties to arrange for a

2  settlement conference before Magistrate-Judge Brazil in April.  Both sides agree that they are not

3  in a position to discuss settlement, and that indeed, settlement discussions would not be fruitful,

4  pending this Court's resolution of outstanding discovery disputes.  In addition, plaintiff intends

5  to move to substitute a new defendant for one of the DOEs, and defendants may yet oppose such

6  motion.  On April 7, 2008, counsel Rosenfeld contacted Magistrate-Judge Brazil's chambers, and

7  was informed that the parties would need to seek an order relieving them of the current MSC

8  referral order, before the MSC could be taken off calendar.

9    Accordingly, the parties, through their undersigned counsel, hereby stipulate and request

10  that the settlement conference be taken off calendar, pending resolution of these matters, after

11  which the parties, with the Court, will discuss rescheduling.

12          Respectfully Submitted,

13          GERALD SINGLETON, Esq.
             BEN ROSENFELD, Esq.
14  DATED: April 7, 2008

15          By:  /s/ - *Ben Rosenfeld*
16          BEN ROSENFELD
             Attorneys for Plaintiff
17

18          EDMUND G. BROWN, JR
19          Attorney General of the State of California
             CHRISTOPHER M. YOUNG
20          Deputy Attorney General
     DATED: April 7, 2008
21

22          By:  /s/ - *Chris Young*
             CHRISTOPHER M. YOUNG
23          Attorneys for Defendants

24

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

26
     Dated:_____    _____
27          HONORABLE SUSAN ILLSTON
             UNITED STATES DISTRICT JUDGE
28  A further case management conference has been
     scheduled to occur on 7/18/08 @ 2:30.  A
     statment shall be filed one week in advance.    2