TERRY SINGLETON, State Bar No. 58316
GERALD SINGLETON, State Bar No. 208783
Singleton & Associates
1950 Fifth Avenue, Suite 200
San Diego, California 92101
Tel: (619) 239-2196
Fax: (619) 702-5592
geraldsingleton73@yahoo.com

BEN ROSENFELD, State Bar No. 58316
Law Office Of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Tel: (415) 285-8091
Fax: (415) 285-8092
ben.rosenfeld@comcast.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| RONALD LEMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JILL BROWN, MAXENE PAYTON, and DOES 2 through 100, inclusive<br><br>　　　　　Defendants. | Case No. C-07-958-SI<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO AMEND TO SUBSTITUTE TRUE NAME OF DEFENDANT CECIL FOR DOE DEFENDANT – WITHOUT OPPOSITION** |

Plaintiff, through counsel, hereby moves administratively under Local Rule 7-11 – without opposition by defendants – for leave to amend the Complaint to substitute Donald Cecil, a correctional officer employed at San Quentin State Prison, for Doe No. 2, and to allege Causes of Action One (Negligence) and Three (Battery) against Officer Cecil to the same extent and on the same terms as alleged against Officer Maxene Payton. In an email dated March 27, 2008,

1
MOTION TO SUBSTITUTE TRUE NAME FOR DOE DEFENDANT

defense counsel (Christopher Young) stated: "I do not object to a Fifth Amended complaint substituting Officer Cecil for one of the Does."

On March 25, 2008, three days before the close of the current deadline for completion of discovery, defendants produced Officer Cecil in response to both an individual witness subpoena, and two Rule 30(b)(6) "PMK" subpoenas, for his deposition. Officer Cecil testified that he, and he alone, was escorting plaintiff Lemas at the time of his fall. (Plaintiff had been seeking this information, in various ways, since the inception of the case.)

Prior to that, on November 26, 2007, on the eve of the previous close of discovery (November 30) – before the Court extended the deadline – Correctional Officer Abbot testified that in the moment after Mr. Lemas fell, he recalled seeing Officer Payton, and Officer Payton alone, standing over Lemas. Plaintiff then moved, by letter brief dated February 22, 2008 (Doc. # 60), to amend to add Officer Payton. Defendants did not oppose, and the Court granted plaintiff's motion on March 10, 2008.

Notwithstanding plaintiff's earlier efforts, defendants did not produce Officer Payton for deposition until March 25, 2008, whereupon she denied escorting Mr. Lemas. Only the day before, Officer Malone had corroborated the account that Officer Payton was the escorting officer.

Plaintiff deliberately refrains from attaching a Fifth Amended Complaint to this Motion, as several pending questions may affect the pleadings, including whether Officer Payton is also responsible or should be dismissed, along with defendants' pending motion for reconsideration of their Rule 12(b) motion to dismiss a portion of the complaint. Therefore, rather than risk having to submit sequential amendments, plaintiff proposes waiting until these questions are resolved.

However, based on Officer Cecil's own testimony that he was escorting Mr. Lemas when he fell, and based on plaintiff's need to propound written discovery to Officer Cecil (a subject of plaintiff's pending discovery letter brief), plaintiff moves now for leave to amend to name Officer Cecil in order to serve him, obtain his answer, and complete discovery.

**WHEREFORE**, plaintiff respectfully requests that the Court (1) grant him leave to Amend to substitute Officer Donald Cecil for Doe No. 2; (2) deem Officer Cecil added as a defendant on the date the Court so rules; and (3) allow plaintiff to move to file an actual, Fifth Amended Complaint at a later time, pending resolution of other questions which may affect the pleadings.

        Respectfully Submitted,

        GERALD SINGLETON
        BEN ROSENFELD

DATED: April 8, 2008

By: *s/ - Ben Rosenfeld*
     BEN ROSENFELD
     Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated:_____  _____
                                       HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE