IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS, | No. C 07-00958 SI |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S CLAIMS RE: GOOD TIME CREDITS, AND DENYING DEFENDANTS' MOTION FOR RECONSIDERATION AS MOOT** |
| v. | |
| JILL BROWN, et al., | |
| Defendants. | |

Defendants have filed a motion for reconsideration of the Court's order denying defendants' motion to dismiss. The motion is scheduled for hearing on April 25, 2008. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing.

In its order dated March 3, 2008, the Court granted defendants leave to file a motion for reconsideration of the Court's order regarding plaintiff's exhaustion of his administrative remedies for claims related to his "good time credits," based on newly-discovered evidence. After briefing by the parties, plaintiff has now filed a notice of non-opposition to defendants' motion to dismiss, recognizing that he failed to exhaust his administrative remedies. Accordingly, the Court DISMISSES plaintiff's first and second causes of action only insofar as they are based on the denial of plaintiff's "good time credits," and DISMISSES plaintiff's fifth cause of action for false imprisonment in its entirety. The Court also DENIES AS MOOT defendants' motion for reconsideration [Docket No. 68].

**IT IS SO ORDERED.**

Dated: April 21, 2008

SUSAN ILLSTON
United States District Judge