EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG, State Bar No. 238532
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5553
  Fax: (415) 703-5843
  Email: Chris.Young@doj.ca.gov

Attorneys for Defendants Brown, Cecil, and Payton

TERRY SINGLETON, State Bar No. 58316
GERALD SINGLETON, State Bar No. 208783
SINGLETON & ASSOCIATES
1950 Fifth Avenue, Suite 200
San Diego, California 92101
Telephone:   (619) 239-3225
Facsimile:   (619) 702-5592 (fax)
Email:   terry@terrysingleton.com
           geraldsingleton73@yahoo.com

Attorneys for Plaintiff Ronald Lemas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD LEMAS,<br><br>                            Plaintiff,<br><br>v.<br><br>JILL BROWN, et al.,<br><br>                           Defendants. | CASE NO. C 07-00958 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PHYSICAL EXAMINATION** |

The physical condition of Plaintiff Ronald Lemas is in controversy in this action, therefore the parties stipulate that Plaintiff will submit to a physical examination under the following terms

and conditions.

1. Plaintiff shall submit to an orthopedic examination by Dr. Gordon Lundy in his office at 1:00 p.m. on June 13, 2008. Plaintiff must arrive fifteen minutes early to register. Dr. Lundy's office is located at 2100 Webster Street, Suite 109, San Francisco, CA, 94115. Such examination shall include a physical examination of Plaintiff's spine, radiographic studies, x-ray examination, and any and all other tests which are ordinarily deemed a part of a general physical or orthopedic examination and are necessary to evaluate the injuries Plaintiff has claimed occurred as a result of the incident set forth in Plaintiff's complaint.

2. At the time of said examination, Plaintiff shall answer all questions concerning injuries, conditions, symptoms, treatments, and other medical information submitted to him by the examiner for the purpose of making a proper diagnosis of Plaintiff's condition. The physical examination and questions regarding prior medical history, illnesses and injuries shall be limited to the parts of Plaintiff's body which he has placed at issue in this lawsuit, to wit, Plaintiff's back, neck and spine, for the purpose of making a proper diagnosis of Plaintiff's condition. Plaintiff reserves the right to challenge the admissibility of any portion of the exam through appropriate motions.

3. By agreeing to submit to the instant examination, Plaintiff expressly does not waive any and all rights to privacy he may have in his medical records and/or prior medical history.

4. Defendant shall bear the costs of such examination. If for any reason Plaintiff must cancel the examination, he must notify Defendants through their counsel by 1:00 p.m. on June 10, 2008 at the latest. If Plaintiff does not provide at least 72 hours notice of cancellation, a $650.00 fee will be assessed by Dr. Lundy's office. If Plaintiff cancels in less than 24 hours or does not appear in time for the examination to proceed at the appointed time and date, Plaintiff shall bear the $650.00 cancellation and/or late arrival fee. If, based on circumstances beyond his control, Plaintiff cancels in less than 72 hours but more than 24 hours before the appointed time and date, the parties (plaintiff and defendants) shall split the $650.00 cancellation fee.

5. Third-party observers and attorneys for the parties are not permitted at the physical examination. However, Plaintiff shall be permitted to tape record the session and will make a

copy (and/or a copy of any written transcript of said recording) available to Defendants. If the defense examiner tapes or records the session, a copy of said recording (and/or a copy of any written transcript of said recording) shall be provided to Plaintiff. Defendants agree to produce to plaintiff good quality copies of all records generated by the examiner related to the examination, whether written, radiographic, digital, audio, visual, or other.

SO STIPULATED:

Dated: June 10, 2008

/s/ Ben Rosenfeld
_____
BEN ROSENFELD, Esq.
Attorney for Plaintiff Ronald Lemas

Dated: June 10, 2008

/s/ Christopher M. Young
_____
CHRISTOPHER M. YOUNG
Deputy Attorney General, Attorney General's Office
Attorneys for Defendants Brown, Cecil, and Payton

APPROVED AND SO ORDERED:

Dated: _____

_____
SUSAN ILLSTON
United States District Judge