GERALD SINGLETON, State Bar No. 208783
TERRY SINGLETON, State Bar No. 58316
Singleton & Associates
BEN ROSENFELD, State Bar No. 203845
Law Office Of Dennis Cunningham
 1950 Fifth Avenue, Suite 200
 San Diego, California 92101
 Telephone: (619) 239-2196
 Fax: (619) 702-5592
 geraldsingleton73@yahoo.com

Attorneys for Plaintiff

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG, State Bar No. 238532
 Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-5843
 Email: Chris.Young@doj.ca.gov

Attorneys for Defendants Brown, Cecil & Payton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**(HONORABLE SUSAN ILLSTON)**

| | |
|---|---|
| RONALD LEMAS, | Case No. C-07-958-SI (WDB) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DEADLINES** |
| v. | |
| JILL BROWN, et al., | Trial Date: November 24, 2008 |
| Defendants. | |

1

1   The parties, through their undersigned counsel, hereby stipulate and agree to continue the
2   expert deadlines for up to two weeks, as set forth below.
3   The parties are making good and cooperative progress toward completing factual
4   discovery but find that they and their experts need a brief extension of time to complete expert
5   discovery. The parties are currently working to schedule several depositions on July 10 and 11,
6   2008. Primary expert disclosure is currently due on July 11, 2008. However, the Plaintiff's
7   experts wish to be able to incorporate those depositions into their reports.
8   WHEREFORE, the parties respectfully request that the expert deadlines be extended as
9   follows:

|  | Current Deadline | Requested Extension |
|---|---|---|
| Primary Expert Designation and Report Production | July 11, 2008 | July 25, 2008 |
| Rebuttal Expert Designation and Report Production | July 25, 2008 | August 8, 2008 |
| Completion of Expert Discovery | August 22, 2008 | August 29, 2008 |

17  The requested extensions do not affect the trial date, currently set for November 24,
18  2008.

Respectfully Submitted,

GERALD SINGLETON, Esq.
BEN ROSENFELD, Esq.

DATED: July 3, 2008

By:  /s/ - Ben Rosenfeld
     BEN ROSENFELD
     Attorneys for Plaintiff

///

///

2
STIPULATION TO CONTINUE EXPERT DEADLINES

| | |
|---|---|
| 1 | EDMUND G. BROWN, JR |
| 2 | Attorney General of the State of California |
| | CHRISTOPHER M. YOUNG |
| 3 | Deputy Attorney General |

DATED: July 3, 2008

By: /s/ - *Christopher M. Young*
CHRISTOPHER M. YOUNG
Attorneys for Defendants Brown, Cecil, & Payton

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:_____   _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

3
STIPULATION TO CONTINUE EXPERT DEADLINES