IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RONALD LEMAS,**<br><br>                                           Plaintiff,<br><br>v.<br><br>**JILL BROWN, et al.,**<br><br>                                           Defendants. | CASE NO. C 07-00958 SI<br><br>**[PROPOSED] ORDER DIRECTING C.D.C.R. TO TRANSFER PLAINTIFF FROM C.S.P.-SACRAMENTO TO C.S.P.-SOLANO FOR SETTLEMENT PURPOSES** |

On October 20, 2008, this case was referred to Magistrate Judge Vadas for a settlement conference. The parties have agreed to hold a settlement conference at 2:00 p.m. on October 28, 2008 at California State Prison–Solano in Vacaville, California. In order to facilitate a meaningful settlement conference, it is necessary to have Plaintiff Ronald Lemas (CDCR# G-32507), appear in person. However, Plaintiff is currently incarcerated at California State Prison–Sacramento, in Represa, California.

Accordingly, the California Department of Corrections and Rehabilitation is ORDERED to transfer Plaintiff from California State Prison–Sacramento to California State Prison–Solano so that he may appear in person at the scheduled settlement conference on October 28, 2008.

Dated: _____10/21/08_____          _____/s/ Susan Illston_____
                                                                        SUSAN ILLSTON
United States District Judge

[Proposed] Order Direc'g CDCR Trans. Pl.                                                         *Lemas v. Brown, et al.*
                                                                                                                          Case No. C 07-00958 SI

1