IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEMAS,

        Plaintiff,

  v.

JILL BROWN,

        Defendant.

                              /

No. C 07-00958 SI

**THIRD
PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: March 10, 2009 at 3:30 PM.

JURY TRIAL DATE: March 23, 2009 at 8:30 AM., Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be six days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge