IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS, ) | Case No. C 07-00958 SI |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER DIRECTING** |
| ) | **C.D.C.R. TO TRANSFER PLAINTIFF** |
| vs. ) | **FROM C.S.P. - SACRAMENTO TO AN** |
| ) | **APPROPRIATE LOCATION FOR THE** |
| JILL BROWN, et al., ) | **PURPOSES OF ATTENDING TRIAL** |
| ) | |
| Defendants. ) | |
| _____) | |

This case is currently scheduled to begin Trial at 8:30 a.m. on March 23, 2009 at the courthouse located at 450 Golden Gate Avenue, San Francisco, California. Plaintiff is currently incarcerated at California State Prison-Sacramento, in Represa, California. Plaintiff Ronald Lemas' (CDCR # G-32507) physical presence at trial is necessary to accord Plaintiff Ronald Lemas his due process right to attend and participate in the trial and to facilitate a meaningful trial experience. The trial is expected to last six (6) court days, which include the times of 8:30 a.m. through 5:00 p.m., Monday through Friday.

//

//

Accordingly, the California Department of Corrections and Rehabilitation is ORDERED to transfer Plaintiff Ronald Lemas from California State Prison-Sacramento, in Represa, California to an appropriate location and make appropriate arrangements for his transportation to this court so that he may appear in person throughout the entirety of the trial. California Department of Corrections and Rehabilitation is

1  further ORDERED to allow Plaintiff Ronald Lemas to change into and wear the clothing provided by his
2  family or his attorneys throughout the duration of the trial.

4  Dated:   March _____ , 2009

                                    **SUSAN ILLSTON**
                                    UNITED STATES DISTRICT JUDGE