IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>JILL BROWN, et al.,<br><br>    Defendants. | Case No.     C 07-00958 SI<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER** |

Plaintiff Ronald Lemas (CDCR # G-32507), a necessary and material witness in proceedings in this case, is confined in the California State Prison-Sacramento, in Represa, California, in the custody of the warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court, Courtroom 10, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California on March 23, 2009 at 8:30 a.m.

**ACCORDINGLY IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under seal of this Court, commanding the warden to produce the inmate named above to testify in United States Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this Writ of Habeas Corpus ad Testificandum and Order on the Out-To-Court Desk, California State Prison-Sacramento, in Represa, California, 300 Prison Road, Folsom, CA 95630, (916) 985-8610.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison-Sacramento, in Represa:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you are ordered to transport the inmate named above, together with all of his legal materials and personal property, to California State Prison, San Quentin no less than five days in advance of the first day of trial in this matter.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

Dated: 3/13/09

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE