IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS, | No. C 07-0958 SI |
| Plaintiff, | |
| v. | **SPECIAL VERDICT** – |
| DONALD CECIL, | **PHASE 1** |
| Defendant. | (**DRAFT**) |

We, the jury in the above entitled action, find the following for our special verdict:

**Question No. 1**: Did plaintiff Ronald Lemas prove, by a preponderance of the evidence, that defendant Donald Cecil was negligent when escorting plaintiff Lemas down the stairs on April 18, 2005?

Yes _____        No _____

If the answer to Question No. 1 is "no," do not answer any further questions; instead, go directly to the end of this form, sign and date it where indicated. If the answer to Question No. 1 is "yes," please proceed to Question No. 2.

**Question No. 2**: Did plaintiff Ronald Lemas prove, by a preponderance of the evidence, that defendant Cecil's negligence was a substantial factor in causing harm to plaintiff Lemas?

Yes _____        No _____

If the answer to Question No. 2 is "no," do not answer any further questions; instead, go directly to the end of this form, sign and date it where indicated. If the answer to Question No.2 is "yes," please proceed to Question No. 3.

**Question No. 3**:  Did defendant Donald Cecil prove, by a preponderance of the evidence, that plaintiff Ronald Lemas was also negligent when defendant Cecil escorted plaintiff Lemas down the stairs on April 18, 2005?

    Yes _____        No _____

If the answer to Question No. 3 is "no," do not answer any further questions; instead, go directly to the end of this form, sign and date it where indicated.  If the answer to Question No. 3 is "yes," please proceed to Question No. 4.

**Question No. 4**:  Did defendant Donald Cecil prove, by a preponderance of the evidence, that plaintiff Lemas' negligence was a substantial factor in causing harm to plaintiff Lemas?

    Yes _____        No _____

Dated: _____

_____
FOREPERSON

2