FILED
MAR 26 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEMAS,

    Plaintiff,

v.

DONALD CECIL,

    Defendant.

No. C 07-0958 SI

**SPECIAL VERDICT –**

**PHASE 1**

We, the jury in the above entitled action, find the following for our special verdict:

**Question No. 1:** Did plaintiff Ronald Lemas prove, by a preponderance of the evidence, that defendant Donald Cecil was negligent when escorting plaintiff Lemas down the stairs on April 18, 2005?

    Yes _____          No  X 

If the answer to Question No. 1 is "no," do not answer any further questions; instead, go directly to the end of this form, sign and date it where indicated. If the answer to Question No. 1 is "yes," please proceed to Question No. 2.

**Question No. 2:** Did plaintiff Ronald Lemas prove, by a preponderance of the evidence, that defendant Cecil's negligence was a substantial factor in causing harm to plaintiff Lemas?

    Yes _____          No _____

If the answer to Question No. 2 is "no," do not answer any further questions; instead, go directly to the end of this form, sign and date it where indicated. If the answer to Question No.2 is "yes," please proceed to Question No. 3.

**Question No. 3:** Did defendant Donald Cecil prove, by a preponderance of the evidence, that plaintiff Ronald Lemas was also negligent when defendant Cecil escorted plaintiff Lemas down the stairs on April 18, 2005?

Yes _____   No _____

If the answer to Question No. 3 is "no," do not answer any further questions; instead, go directly to the end of this form, sign and date it where indicated. If the answer to Question No. 3 is "yes," please proceed to Question No. 4.

**Question No. 4:** Did defendant Donald Cecil prove, by a preponderance of the evidence, that plaintiff Lemas' negligence was a substantial factor in causing harm to plaintiff Lemas?

Yes _____   No _____

Dated: March 25, 2009

_____
FOREPERSON

2