IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEMAS, | No. C 07-00958 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JILL BROWN, | |
| Defendant. / | |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on March 25, 2009.

IT IS ORDERED AND ADJUDGED that pursuant to the Special Verdict, judgment shall be entered in favor of defendant Donald Cecil and against plaintiff Ronald Lemas.

**IT IS SO ORDERED**.

Dated: 3/26/09

SUSAN ILLSTON
United States District Judge